USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/20/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
CHERISE COX,

                      Plaintiff,

      -against-                          20-CV-2096 (VEC)

                                       ORDER

NEGRIL VILLAGE, INC., MARVA LAYNE,
INDIVIDUALLY, AND CARLTON HAYLE,
INDIVIDUALLY,

                      Defendants.
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on March 9, 2020 (Dkt. 1);

      WHEREAS on December 22, 2020, the Court received notice that the parties had failed in mediation to resolve any issue in this case (Dkt. 19);

      WHEREAS on January 14, 2021, the Court entered a Case Management Plan, pursuant to which the deadline for fact discovery is April 22, 2021 (Dkt. 25);

      WHEREAS on April 2, 2021, Plaintiff filed a letter motion notifying the Court of Defendants' failure to respond to any of Plaintiff's discovery requests and requesting that the Court issue an order compelling Defendants to comply with their discovery obligations (Dkt. 29);

      WHEREAS on April 12, 2021, after not having received any response from Defendants to Plaintiff's letter motion, the Court ordered Defendants to respond not later than April 16, 2021, explaining Defendants' failure to respond to Plaintiff's discovery requests (Dkt. 30); and

      WHEREAS as of the date of this Order, the Court has not received any response from Defendants;

IT IS HEREBY ORDERED that no later than **April 30, 2021**, Plaintiff must apply for a certificate of default against all Defendants. Within fourteen days of receiving such a certificate, Plaintiff must apply for a default judgment against those Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases.

**SO ORDERED.**

Date:  April 20, 2021
        New York, NY

                **VALERIE CAPRONI**
                **United States District Judge**