USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
CHERISE COX,

                        Plaintiff,

       -against-                       20-CV-2096 (VEC)

                                          ORDER

NEGRIL VILLAGE, INC., MARVA LAYNE,
INDIVIDUALLY, AND CARLTON HAYLE,
INDIVIDUALLY,

                      Defendants.
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a pretrial conference in this action is scheduled for April 30, 2021; and

       WHEREAS Plaintiff is in the process of applying for a default judgment against Defendants pursuant to the Court's April 20, 2021 Order (Dkt. 31);

       IT IS HEREBY ORDERED that the April 30, 2021 pretrial conference is CANCELED.

**SO ORDERED.**

**Date: April 29, 2021**
**New York, NY**
                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**