```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHERISE COX,                                            :
                                                        :
                              Plaintiff,                :
                                                        :
            -against-                                   :     20-CV-2096 (VEC)
                                                        :
                                                        :     ORDER
NEGRIL VILLAGE, INC., MARVA LAYNE,                      :
INDIVIDUALLY, AND CARLTON HAYLE,                        :
INDIVIDUALLY,                                           :
                                                        :
                              Defendants.               :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 23, 2021, the Court set aside the Clerk's Certificate of Default against Defendants, *see* Dkt. 50;

WHEREAS the Court warned defense counsel to abide closely by this Court's orders, given that the entire default judgment process could have been avoided if defense counsel had timely communicated with the Court, *see id.*;

WHEREAS the Court also ordered the parties to meet and confer and to submit an updated proposed schedule for discovery in this case not later than July 2, 2021; and

WHEREAS on July 2, 2021, notwithstanding the Court's order to submit an updated proposed schedule, defense counsel submitted what appears to be the exact same proposed Case Management Plan as the parties submitted on January 14, 2021, *see* Dkt. 22, which contains fact and expert discovery deadlines that have both long since passed;

IT IS HEREBY ORDERED that not later than **July 8, 2021**, the parties must submit a joint letter explaining this error and proposing new deadlines for discovery. Defense counsel — and Plaintiff's counsel, to the extent he was complicit in the filing of the outdated proposed Case

Management Plan — must also explain in the letter why the Court should not impose sanctions for failing to heed the Court's order.

**SO ORDERED.**

Date: **July 6, 2021**
      **New York, NY**

                                            **VALERIE CAPRONI**
                                        **United States District Judge**